```
_____ FILED    _____ ENTERED
_____ LODGED  _____ RECEIVED
```

MAR 20 2007

AT SEATTLE
U.S. DISTRICT COURT
DISTRICT OF WASHINGTON
                    DEPUTY

06-CV-01028-FINAFF

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| PATRICK W. HANSEN, | ) |
| Petitioner, | ) CASE NO.   C06-1028-TSZ |
| v. | ) |
| JEFFREY A. UTTECHT, | ) ORDER DISMISSING § 2254 PETITION |
| Respondent. | ) |

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, respondent's motion to dismiss, petitioner's response, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation.

(2)  Respondent's motion to dismiss (Dkt. #15) is GRANTED.

(3)  Petitioner's § 2254 petition (Dkt. #4) is DISMISSED with prejudice.

(4)  The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Donohue.

DATED this 19th day of March, 2007.

THOMAS S. ZILLY
United States District Judge

ORDER DISMISSING § 2254 PETITION